# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZHEN-DI GU, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:05-cv-01037-SRU |
| | : | |
| v. | : | |
| | : | |
| | : | |
| YALE UNIVERSITY, | : | |
|     Defendant. | : | AUGUST 11, 2006 |

## PLAINTIFF'S SECOND REQUEST FOR AN EXTENSION OF CASE MANAGEMENT DEADLINES

The plaintiff, moves for a forty-five (45) day extension of the case management time limits as follows:

1. Discovery, fact and expert, will be completed by September 15, 2006.

2. Dispositive motions will be filed on or before October 16, 2006.

The plaintiff makes this request so as to allow the plaintiff to take the deposition of his former supervisor, John Gallagher. As a result of plaintiff's counsel's schedule which included a contested court hearing, administrative hearings and depositions, he has not been able to schedule Mr. Gallagher's deposition prior to the close of discovery. The plaintiff's counsel has attended four depositions in other matters, each lasting the entire day. Plaintff's counsel attended a two day preliminary injunction hearing in state court requiring extensive briefing as well as various administrative agency hearings. Additionally, plaintiff's counsel was on vacation the week of July 21, 2006.

Wherefore, the plaintiff requests that the Court issue an order extending the time completing discovery until September 15, 2006 and for filing dispositive motions until October 16, 2006.

Plaintiff's counsel communicated his request to defendant's counsel and defendant's counsel has objected to the request.

This is the plaintiff's second request for an extension of time.  Plaintiff's counsel will not request any further extensions of time.


        THE PLAINTIFF – ZHEN-DI GU


    BY: /s/ Thomas W. Bucci
       WILLINGER, WILLINGER & BUCCI, P.C.
       855 Main Street
       Bridgeport, CT  06604
       Tel: (203) 366-3939
       Fax: (203) 337-4588
       Fed. Bar #ct07805
       Email: thomasbucci@earthlink.net

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ZHEN-DI GU, | : | CIVIL CASE NO. |
|     Plaintiff, | : | 3:05-cv-01037-SRU |
| | : | |
| v. | : | |
| | : | |
| | : | |
| YALE UNIVERSITY, | : | |
|     Defendant. | : | AUGUST 11, 2006 |

### Certificate of Service

I hereby certify that on August 11, 2006, a copy of foregoing *Motion for Extension of Case Management Deadlines* was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE PLAINTIFF

BY: /s/Thomas W. Bucci
    Fed Bar # ct07805
    Attorney for Plaintiff
    WILLINGER, WILLINGER & BUCCI, P.C.
    855 Main Street
    Bridgeport, CT  06604
    Tel: 203-366-3939
    Fax: 203-337-4588
    Email: thomasbucci@earthlink.net