## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZHEN-DI GU,<br>　　　　Plaintiff, | :　CIVIL CASE NO.<br>:　3:05-cv-01037-SRU |
| v. | : |
| YALE UNIVERSITY,<br>　　　　Defendant. | :<br>:　SEPTEMBER 15, 2006 |

### STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ZHEN-DI GU, and Defendant, YALE UNIVERSITY, that the within action shall be, and the same hereby is, dismissed against Defendant, YALE UNIVERSITY, in its entirety and with prejudice and without costs and attorneys' fees to either party.

| WILLINGER, WILLINGER & BUCCI, P.C.<br>855 Main Street<br>Bridgeport, CT  06604<br>Tel: 203-366-3939<br>Fax: 203-337-4588<br>Attorneys For Plaintiff<br>Zhen-Di Gu<br><br>By: /s/ Thomas W. Bucci<br>　　　Thomas W. Bucci<br>Dated:  September 15, 2006 | CLENDENEN & SHEA, LLC<br>400 Orange Street<br>New Haven, CT  06511<br>Tel: 203-787-1183<br>　Fax: 203-787-2847<br>Attorneys for Defendant<br>Yale University<br><br>By: /s/ Kevin C. Shea<br>　　　Kevin C. Shea<br>Dated: September 15, 2006 |